

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY SALEEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:09-CV-806-MA<br><br><br>JUDGMENT |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on ___5/5/10___, 2010. Judgment is entered for Plaintiff.

DATED this __5th__ day of __May__ 2010.

*Malcolm F. Marsh*
UNITED STATES DISTRICT JUDGE

Page 1     JUDGMENT - [3:09-CV-806-MA]