**WILBORN LAW OFFICE, P.C.**
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 AUG 09 16:51 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KIMBERLY SALEEN,**                                                                                          CV # 09-806-MA

  Plaintiff,

vs.                                                                                                          ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $4,550.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made to Plaintiff via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 9 day of August, 2010.

_____
United States District Judge

Submitted on August 4, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1